**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Taira Williams
NAME OF DEBTOR

2106 Turnberry Place
ADDRESS

Lithonia, GA, 30038
CITY, STATE, ZIP

CASE NO. 22-54043-pwb

TELEPHONE NO. 404-406-3959

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:   YES [ ]    NO [x]

If someone did assist you, list their name and address:

Angela D. Forte
NAME

16206 Turnberry Place
ADDRESS

Lithonia, GA 30038
CITY, STATE, ZIP CODE                TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:   YES [x]   NO [ ]   IF "YES", HOW MUCH ($ 300.00)

Have you filed a bankruptcy case in the past?
ANSWER:   YES [ ]    NO [x]

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 10 day of June, 2022

_____            _____
NOTARY PUBLIC                                    DEPUTY CLERK

F61 (psafdt) 04/04